UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES ESTES,

    Plaintiff,

v.                                            CASE NO. 8:20-cv-1891-T-23AAS

A-TEAM TRAPPERS, LLC, et al.,

    Defendants.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 7), this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 4, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE